IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| CITIGROUP INC.<br>388 Greenwich Street<br>New York, NY 10013,<br><br>   Plaintiff,<br><br>  v.<br><br>AT&T INC.<br>208 South Akard Street<br>Dallas, TX 75202;<br><br>AT&T SERVICES, INC.<br>175 East Houston Street<br>San Antonio, TX 78205;<br><br>AT&T INTELLECTUAL PROPERTY LLC<br>645 E. Plumb Lane<br>Reno, NV 89502; and<br><br>AT&T INTELLECTUAL PROPERTY II, L.P.<br>645 E. Plumb Lane<br>Reno, NV 89502<br><br>   Defendants. | CASE NO. 1:16-cv-4333<br><br>JURY TRIAL DEMANDED |

## RULE 7.1 STATEMENT OF PLAINTIFF CITIGROUP INC.

Pursuant to Rule 7.1(a) of the Federal Rules of Civil Procedure, the undersigned counsel of record for Plaintiff Citigroup Inc. ("Citigroup") hereby certifies that Citigroup has no parent corporation, and no publicly held corporation owns 10% or more of its stock.

                 Respectfully submitted,

Dated: June 10, 2016   By: /s/ J. Kevin Fee
                 J. Kevin Fee
                 Jordana S. Rubel (*pro hac vice* motion forthcoming)

Jane W. Wise (*pro hac vice* motion forthcoming)
MORGAN, LEWIS, & BOCKIUS LLP
1111 Pennsylvania Avenue, NW
Washington, DC  20004
Phone: 202.739.5353
Facsimile: 202.739/3001

*Counsel for Citigroup Inc.*