IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| CITIGROUP INC., <br><br> Plaintiff, <br><br> v. <br><br> AT&T INC.; AT&T SERVICES, INC.; AT&T INTELLECTUAL PROPERTY LLC; and AT&T INTELLECTUAL PROPERTY II, L.P., <br><br> Defendants. | CASE NO. 1:16-cv-04333-KBF-RLE |

**PLAINTIFF CITIGROUP INC.'S**
**EMERGENCY MOTION FOR EXPEDITED DISCOVERY**

Plaintiff Citigroup Inc. respectfully moves this Court to grant expedited discovery in connection with its motion for a preliminary injunction, as set forth in its accompanying Memorandum of Law in Support of Plaintiff Citigroup Inc.'s Emergency Motion for Expedited Discovery.

Respectfully submitted,

Dated: June 24, 2016         By:    s/ J. Kevin Fee
                                    J. Kevin Fee (JF-5316)
                                    MORGAN, LEWIS, & BOCKIUS LLP
                                    1111 Pennsylvania Avenue
                                    Washington, DC 20004
                                    Phone: 202-739-3000

                                    Counsel for Plaintiff Citigroup Inc.

## CERTIFICATE OF SERVICE

I certify that on this 24th day of June 2016, a true and accurate copy of the foregoing CITIGROUP INC.'S EMERGENCY MOTION FOR EXPEDITED DISCOVERY and the memorandum in support thereof, with accompanying exhibits, was filed using the Court's Electronic Case Filing (ECF) system and served via first-class mail on Defendants as follows:

AT&T INC.
208 South Akard Street
Dallas, TX 75202

AT&T SERVICES, INC.
175 East Houston Street
San Antonio, TX 78205;

AT&T INTELLECTUAL PROPERTY LLC
645 E. Plumb Lane
Reno, NV 89502; and

AT&T INTELLECTUAL PROPERTY II, L.P.
645 E. Plumb Lane
Reno, NV 89502

                                                    s/ J. Kevin Fee
                                                    J. Kevin Fee