## UNITED STATES DISTRICT COURT FOR THE SOUTHERN DISTRICT OF NEW YORK

Citigroup, Inc.

Plaintiff

*vs.*                          Case No: 1:16-cv-04333

AT&T, Inc., et al.

Defendant

## AFFIDAVIT OF SERVICE

I, Wade Morlan, a Private Process Server, being duly sworn, depose and say:

That I have been duly authorized to make service of the Summons, Electronic Case Filing Rules & Instructions, Individual Rules of Practice in Civil Cases, and Complaint with Exhibits in the above entitled case.

That I am over the age of eighteen years and not a party to or otherwise interested in this action.

That on 06/27/2016 at 2:44 PM, I served AT&T Intellectual Property II, L.P. c/o CT Corporation, Registered Agent with the Summons, Electronic Case Filing Rules & Instructions, Individual Rules of Practice in Civil Cases, and Complaint with Exhibits at 701 South Carson Street, Suite 200, Carson City, Nevada 89701 by serving Aubre O'Keefe, Process Specialist, authorized to accept service.

Aubre O'Keefe is described herein as:

Gender: Female    Race/Skin: White    Age: 45    Weight: 165    Height: 5'2"    Hair: Red    Glasses: No

I do solemnly declare and affirm under penalty of perjury that I have read the foregoing information set forth herein is correct to the best of my knowledge, information, and belief.

JOHNNO LAZETICH
Notary Public - State of Nevada
Appointment Recorded in Washoe County
No: 04-89542-2 - Expires January 28, 2020

Executed On 6/28/16

Wade Morlan

Client Ref Number:052701-0597
Job #: 1510352

Capitol Process Services, Inc. | 1827 18th Street, NW, Washington, DC 20009 | (202) 667-0050