UNITED STATES DISTRICT COURT
SOUNDERN DISTRICT OF NEW YORK

---

CITIGROUP INC.,

                Plaintiff,

                -v-

AT&T INC.; AT&T SERVICES, INC.; AT&T
INTELLECTUAL PROPERTY LLC; AT&T
INTELLECTUAL PROPERTY II, L.P.,

                Defendants.

---

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: June 29, 2016

16-cv-4333 (KBF)

ORDER

KATHERINE B. FORREST, District Judge:

The Court held a conference in the above-referenced matter on June 29, 2016. As discussed during the conference, not later than **June 30, 2016**, each party shall provide the Court with a list of citations it deems relevant to the question of expedited discovery. The Court will promptly make a determination as to whether to proceed with a July resolution of the motion for a preliminary injunction.

Separately, the parties shall meet and confer regarding potential dates in the fall for a combined preliminary and permanent injunction proceeding. (As noted, the Court has not yet determined if such a proceeding will occur.)

SO ORDERED.

Dated:    New York, New York
            June 29, 2016

                                        _____
                                        KATHERINE B. FORREST
                                        United States District Judge