UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| CITIGROUP INC., <br><br> Plaintiff, <br><br> v. <br><br> AT&T INC.; AT&T SERVICES, INC.; AT&T INTELLECTUAL PROPERTY LLC; and AT&T INTELLECTUAL PROPERTY II, L.P., <br><br> Defendants. | CASE NO. 1:16-CV-04333-KBF-RLE <br><br> ECF CASE <br><br> **NOTICE OF APPEARANCE** |

To:   The clerk of this court and all parties of record:

I certify that I am admitted to practice in this court, and I appear in this case as counsel for Defendants AT&T Inc.; AT&T Services, Inc.; AT&T Intellectual Property LLC; and AT&T Intellectual Property II, L.P.

Dated:  June 30, 2016                                       Respectfully submitted,

*/s/ Dale Cendali*
Dale Cendali
dale.cendali@kirkland.com
KIRKLAND & ELLIS LLP
601 Lexington Avenue
New York, NY 10022
Tel.: (212) 446-4800 Fax: (212) 446-4900

*Attorney For Defendants AT&T Inc.; AT&T Services, Inc.; AT&T Intellectual Property LLC; and AT&T Intellectual Property II, L.P.*

1