IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| CITIGROUP INC.,<br><br>　　　　Plaintiff,<br><br>v.<br><br>AT&T SERVICES, INC.;<br>AT&T INTELLECTUAL PROPERTY<br>LLC; and AT&T INTELLECTUAL<br>PROPERTY II, L.P.,<br><br>　　　　Defendants. | CASE NO. 1:16-cv-04333-KBF-RLE |

## STIPULATION OF DISMISSAL

Pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(ii), Plaintiff Citigroup, Inc. dismisses its claims against Defendants with prejudice in their entirety.  In turn, pursuant to Federal Rule of Civil Procedure 41(c), Defendants dismiss their counterclaim against Citigroup, Inc. with prejudice.  Each party will bear its own attorney's fees and costs.

_____
J. Kevin Fee (JF-5316)
MORGAN, LEWIS, & BOCKIUS LLP
1111 Pennsylvania Avenue
Washington, DC  20004
Phone: 202.739.3000
Facsimile:  202.739.3001

Counsel for Plaintiff Citigroup Inc.

_____
Dale M. Cendali, P.C.
Johanna Schmitt
Phil Hill
KIRKLAND & ELLIS LLP
601 Lexington Avenue
New York, NY 10022
Phone:  212.446.4800
Facsimile:  212.446.4900

Daniel Bond (*pro hac vice*)
KIRKLAND & ELLIS LLP
300 North LaSalle
Chicago, IL 60654
Phone:  312.862.2000
Facsimile:  312.862.2200

Counsel for AT&T Services, Inc., AT&T Intellectual Property LLC and AT&T Intellectual Property II, L.P.