IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| CITIGROUP INC., <br><br> Plaintiff, <br><br> v. <br><br> AT&T SERVICES, INC.; AT&T INTELLECTUAL PROPERTY LLC; and AT&T INTELLECTUAL PROPERTY II, L.P., <br><br> Defendants. | CASE NO. 1:16-cv-04333-KBF-RLE |

## STIPULATION OF DISMISSAL

Pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(ii), Plaintiff Citigroup, Inc. dismisses its claims against Defendants with prejudice in their entirety. In turn, pursuant to Federal Rule of Civil Procedure 41(c), Defendants dismiss their counterclaim against Citigroup, Inc. with prejudice. Each party will bear its own attorney's fees and costs.

J. Kevin Fee (JF-5316)  
MORGAN, LEWIS, & BOCKIUS LLP  
1111 Pennsylvania Avenue  
Washington, DC  20004  
Phone: 202.739.3000  
Facsimile:  202.739.3001  

Counsel for Plaintiff Citigroup Inc.

Dale M. Cendali, P.C.  
Johanna Schmitt  
Phil Hill  
KIRKLAND & ELLIS LLP  
601 Lexington Avenue  
New York, NY 10022  
Phone:  212.446.4800  
Facsimile:  212.446.4900  

Daniel Bond (*pro hac vice*)  
KIRKLAND & ELLIS LLP  
300 North LaSalle  
Chicago, IL 60654  
Phone:  312.862.2000  
Facsimile:  312.862.2200  

Counsel for AT&T Services, Inc., AT&T Intellectual Property LLC and AT&T Intellectual Property II, L.P.

SO ORDERED.  
Case terminated.

_____  
KATHERINE B. FORREST  
United States District Judge  

8/22/2016

2